UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-mj-0010 |
| | ) | |
| JALEN DAVIS, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 17, 2019**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the complaint filed on January 3, 2019. Defendant appeared in person and by FCD counsel William Dazey. Government represented by AUSA Amanda Kester for AUSA Peter Blackett. USPO represented by Ryan Harrold.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Preliminary hearing held. Parties submitted on the complaint and attached affidavit. Arguments presented. The court found probable cause.

Government moved for pretrial detention. Parties are to notify the court when the issue of release or detention becomes ripe.

Counsel jointly moved for the release of the Pretrial Services Report. The Court granted the motion, subject to the terms set forth by separate Order.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 1/17/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system